


**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
CLIFTON WALKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMAN INC; DOES 1 to 10,<br><br>        Defendants. | Case No.: 2:21-cv-06716 DSF (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that CLIFTON WALKER ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.


1

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

1  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary
2  judgment. Accordingly, Defendant may be dismissed without an Order of the Court.
3
4  DATED: December 29, 2021      SO. CAL. EQUAL ACCESS GROUP
5
6                          By:  ___/s/   Jason J. Kim_____
7                               Jason J. Kim, Esq.
                                Attorneys for Plaintiff
8

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**